UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :

MYKAYLA FAGNANI, *on behalf of herself and all*   :
*others similarly situated*,                                :
                                                           :

                       Plaintiff,            :                  26-CV-705 (JMF)
                                                   :

        -v-                                :                    <u>ORDER</u>
                                                   :

THREE LITTLE PIG'S BBQ & CATERING, LLC,   :

                      Defendant.         :
                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 30, 2026
      New York, New York                       JESSE M. FURMAN
                                          United States District Judge