**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FAGNANI,

                    Plaintiff,

         -against-

THREE LITTLE PIGS BBQ &
CATERING, LLC,

                  Defendant.
------------------------------------------------------------------X

**ORDER**

**26-CV-705 (JMF) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Plaintiff filed a complaint on January 28, 2026.  Per Rule 4(m) of the Civil Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against the defendant or order that service be made within a specified time."  To that end, Plaintiff is ordered to serve Defendant by **June 10, 2026** or risk dismissal of the action.

     SO ORDERED.

DATED:    New York, New York
           May 13, 2026

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge